UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS FRANCISCO, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIEBOLD, INCORPORATED, an Ohio Corporation,<br><br>Defendant. | Case No. 09cv1889 WQH (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE** |

On March 19, 2010, the Court held a telephonic Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Kyle Nordrehaug, Esq. Appearing for Defendant were Brian Dixon, Esq. and Alison Hightower, Esq.

The parties are currently discussing private mediation. After hearing from counsel of record regarding the status of the case and discussing compliance with Fed. R. Civ. P. 26, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed on or before *April 16, 2010*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *April 30, 2010*;

///

///

///

3. Plaintiff's counsel shall notify the Court of the date and time scheduled for the parties' mediation as well as the mediator chosen and location of the proceedings. Notification shall be sent via fax to (619) 702-9972.

**IT IS SO ORDERED.**

DATED: March 19, 2010

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD