UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS FRANCISCO, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIEBOLD, INCORPORATED, an Ohio Corporation,<br><br>Defendant. | Case No. 09cv1889 WQH (WMc)<br><br>**NOTICE AND ORDER FOR TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

The Court has received Plaintiff's Notice of Settlement in the above-entitled case. [Doc. No. 25.]  The Court will hold a telephonic Settlement Disposition Conference on **March 11, 2011 at 9:15 a.m.  Counsel for Defendant** is ordered to contact opposing counsel on the day and at the time indicated above and then initiate a **joint call** to chambers at 619-557-6624.

**IT IS SO ORDERED.**

DATED: February 4, 2011

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

09cv1889 WQH (WMc)